Jared Martin #1199594
Name and Prisoner/Booking Number

Madera County Jail
Place of Confinement

195 Tozer Street
Mailing Address

Madera, CA 93638
City, State, Zip Code

RECEIVED JUL 19 2022 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

FILED JUL 19 2022 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jared Andrew Martin,
(Full Name of Plaintiff) Plaintiff,

v.

(1) Christian Pfeiffer
(Full Name of Defendant)
(2) E. Stark
(3) County of Kern
(4) City of Delano
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV-00889-BAM-(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kern Valley State Prison

## B. DEFENDANTS

1. Name of first Defendant: **Christian Pfeiffer**. The first Defendant is employed as: **Warden** at **Kern Valley State Prison**.
   (Position and Title) / (Institution)

2. Name of second Defendant: **E. Stark**. The second Defendant is employed as: **Associate Warden** at **Kern Valley State Prison**.
   (Position and Title) / (Institution)

3. Name of third Defendant: **County of Kern**. The third Defendant is employed as: _____ at _____.
   (Position and Title) / (Institution)

4. Name of fourth Defendant: **City of Delano**. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) / (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **6**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Jared Martin** v. **D. Castillo, et al.**
      2. Court and case number: **Eastern District   1:22-cv-60002**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: **Martin** v. **Northcutt et al**
      2. Court and case number: **Eastern District   1:22-cv-00748**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: **Jared Andrew Martin** v. **De La Cruz, et al.**
      2. Court and case number: **Eastern District   1:22-cv-00812**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments U.S. Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Warden Christian Pfeiffer and Associate Warden E. Stark lead a band of criminals, the employees and staff at Kern Valley State Prison beat, abused, tortured and terrorized and tried to kill me and Christian Pfeiffer and E. Stark not only did not try to stop it. They (Pfeiffer and Stark) lied about what was going on. They tried to hide correctional officers physical and sexual abuse of me. The County of Kern and the City of Delano are well aware of what goes on inside the prison. I made government officials aware that correctional officers and prison employees had beat me and were sexually molesting me. I put in dozens of grievances some of which was answered by E. Stark, she did nothing. When officer Castillo was assaulting me and stalking me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered mental pain, back pain, bruises and bumps on my legs and head, pain in arms along with inflamming medical issues I already had.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 2RJ, 4TH, 5TH, 6TH, 8TH AND 14TH Amendments United States Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   WARDEN Christian PFEIFFER did not fire or arrest CORRECTIONAL OFFICER CARDENAS, when CARDENAS tried to get some prison inmates to kill me. Yes officer CARDENAS told some inmates to "STAB me when they get the CHANCE". When CORRECTIONAL OFFICER NORTHCUTT attack me and beat me and threatened to kill me. PFEIFFER, STARK, DEJANO AND the County of Kern did not remove him from his job. No one arrested him. They closed the case and acted like nothing happened when I reported the attacks. The whole time I spent at Kern Valley State prison. I wrote letters to the warden. I wrote emergency staff complaints. I wrote 602 grievances and warden PFEIFFER and STARK would make excuses for the officers and act like I wasn't being abused. I had over a dozen witnesses report the assaults, and torture and attempted murder they witnessed against me and Christian PFEIFFER would not stop it.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   NONE OF THE DEFENDANTS STOPPED THE TORTURE, NONE OF THEM TRIED TO STOP THE ABOVE. INSTEAD THEY COMMITTED PERJURY, CONSPIRACY, OBSTRUCTION OF JUSTICE, AND HELPED MY ABUSERS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, Fourth, 5+H, 6+H, 8+H And 14+H Amendments U.S. Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☑ Retaliation
   - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I contacted Kern County District Attorney and they did nothing to stop the torture and terrorism I suffered at the hands of prison staff. F. Stark lied on the grievances and said she wore a face mask when she didn't. She would call me into committee without notice and make false allegations against me. Everything was a cover up. I only got letters from the prison saying the case is closed sue us, or we have the grievance sue us, there was no discipline of correctional officers. No one got fired, no one got arrested, no one got suspended. Christian Pfeiffer let Northcutt and Castillo and Cardenal and Delacruz and others beat, abuse, feel on me and try to murder me and did nothing to stop it. Pfeiffer, Stark, Kern County and the City of Delano have violated my constitutional rights and abused their positions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was denied my Central file. I was denied Equal Protection. I was treated like trash, I was bullied and discriminated against. They tried to kill me and silence me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I WANT A JURY TRIAL. I WANT Christian PFEIFFER AND E. STARX FIRED AND ARRESTED. I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION BECAUSE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION EMPLOYEES ARE TRYING TO KILL ME. I WANT FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF KERN VALLEY STATE PRISON AND 700 million DOLLARS IN DAMAGES. I NEED FEDERAL PROTECTION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2022
          DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.