# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>         Plaintiff,<br><br>    v.<br><br>PFEIFFER, *et al.*,<br><br>         Defendants. | Case No. 1:22-cv-00889-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 11) |

Plaintiff Jared Andrew Martin ("Plaintiff") is a county jail inmate and former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 19, 2022, the assigned Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommendations that this action proceed against Defendant Cardenas for failure to protect in violation of the Eighth Amendment. (ECF No. 11.) The Magistrate Judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days after service. (*Id.* at 15.) On September 28, 2022, Plaintiff timely filed objections to the findings and recommendations. (ECF No. 12.)

Plaintiff's objections generally set forth his disagreement with the Magistrate Judge's

findings and recommendations. As Plaintiff's disagreement is supported only by the same types of conclusory allegations set forth in the complaint, the objections do not provide any basis for overturning the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on September 19, 2022, (ECF No. 11), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed September 1, 2022, (ECF No. 10), against Defendant Cardenas for failure to protect in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   December 2, 2022

SENIOR DISTRICT JUDGE