# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>PFEIFFER, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-00889-AWI-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY DEFENDANT CARDENAS SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE<br><br>(ECF No. 21) |

Plaintiff Jared Andrew Martin ("Plaintiff") is a county jail inmate and former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Cardenas for failure to protect in violation of the Eighth Amendment.

On December 5, 2022, the Court issued an order directing service on Defendant Cardenas under the Court's E-Service pilot program for civil rights cases for the Eastern District of California. (ECF No. 18.) The order included the following information regarding Defendant Cardenas: "Officer Cardenas; Kern Valley State Prison." (*Id.* at 2.) On December 21, 2022, the Court received information that Defendant Cardenas could not be identified.

Accordingly, on December 22, 2022, the Court issued an order to show cause why Defendant Cardenas should not be dismissed from this action for failure to provide sufficient information to effectuate service, and directed Plaintiff to file a response within thirty days. (ECF

1

No. 21.)

Currently before the Court is Plaintiff's response, filed December 29, 2022. (ECF No. 22.) In his response, Plaintiff argues that if Defendant Cardenas cannot be served, it is because prison officials are in some manner blocking service. Plaintiff states that the incident happened on August 31, 2021, in Building A4 at Kern Valley State Prison, and describes Defendant Cardenas as "a Latino/Hispanic male with darker complexion, he is between 30 to 50 years old . . . is at least six feet tall and is somewhat chubby, not super fat, but not thin either." (*Id.* at 1.) Plaintiff also requests that the case name be amended to reflect that defendant Cardenas is the only remaining defendant in this action. (*Id.* at 2.)

In light of the additional identifying information provided for Defendant Cardenas, the Court will discharge the order to show cause and order a second attempt to serve Defendant Cardenas based on the new information provided.

Plaintiff's request to recaption the case is denied, without prejudice. The case can proceed on Plaintiff's claim against Defendant Cardenas without altering the case caption. The Court will order the case recaptioned in due course.

Based on the foregoing, it is HEREBY ORDERED that:

1. The December 22, 2022 order to show cause, (ECF No. 21), is DISCHARGED; and
2. The Court will issue a separate order regarding E-Service on Defendant Cardenas.

IT IS SO ORDERED.

Dated:   **January 6, 2023**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2