UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PFEIFFER, *et al.*,<br><br>　　　　　Defendants. | No.  1:22-cv-00889-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. 30) |

Plaintiff Jared Andrew Martin is a county jail inmate and former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 11, 2023, this case was reassigned to the undersigned.  (Doc. 27.)  On April 17, 2023, the Court's order reassigning the case was returned as "Undeliverable, Not in Custody." Plaintiff did not file a notice of change of address or otherwise communicate with the Court.

Therefore, on June 28, 2023, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, for failure to prosecute.  (Doc. 30.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 3.)  The findings and recommendations were also returned as "Undeliverable, Not in

Custody" on July 10 and July 11, 2023. Plaintiff has not communicated with the Court, no objections have been filed, and the deadline to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on June 28, 2023, (Doc. 30), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 24, 2023**

UNITED STATES DISTRICT JUDGE

2